FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAYN HALE,<br><br>            Petitioner,<br><br>    v.<br><br>SCOTT SOUZA and ROBERT FERGUSON,<br><br>            Respondents. | NO:  4:20-CV-5091-RMP<br><br>ORDER SUMMARILY DISMISSING HABEAS ACTION |

By Order filed July 22, 2020, the Court granted Petitioner leave to proceed *in forma pauperis* and directed him to show cause why his *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 should not be dismissed due to Petitioner's failure to exhaust state court remedies and as a proper exercise of abstention under *Younger v. Harris,* 401 U.S. 37 (1971).  ECF No. 7.  Petitioner filed this action while a pretrial detainee at the Benton County Jail.  A copy of the Order was mailed to Petitioner at the Benton County Jail, but returned as

ORDER SUMMARILY DISMISSING HABEAS ACTION -- 1

undeliverable on August 4, 2020.  *See* ECF No. 8.  Petitioner has not kept the Court apprised of his current address and has filed nothing further in this action.

For the reasons set forth above and in the Order to Show Cause, ECF No. 7, the Court finds it appropriate to dismiss this action without prejudice for failure to exhaust state court remedies.  Because it plainly appears that Petitioner is not entitled to relief in this Court at this time, **IT IS ORDERED** that the petition, ECF No. 1, is **DISMISSED** pursuant to Rule 4, Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order, enter judgment, provide copies to Petitioner, and **close the file**.  The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A certificate of appealability is therefore **DENIED.**

**DATED** August 26, 2020.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge